1  **MICHAEL COSENTINO, SBN 83253**
   **Attorney at Law**
2  **P.O. Box 129**
   **Alameda, CA 94501**
3
   **Telephone:  (510) 523-4702**
4  **Facsimile:    (510) 747-1640**

5  Attorney for the Plaintiff
   United States of America
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 **UNITED STATES OF AMERICA**,           )    Case No. **CV12-2434 SLM**
                                           )
12                         Plaintiff,      )    **NOTICE OF STIPULATION**
                                           )    **TO CONTINUE ORDER OF**
                                           )    **EXAMINATION AND DEFENDANT'S**
13       v.                                )    **ACKNOWLEDGMENT OF SERVICE**
                                           )    **OF THE ORDER OF EXAMINATION**
14                                         )    **SET FOR MAY 16, 2014, AT 9 AM**
   **MARK J. DAVISSON**,                   )    **IN COURTROOM G**
15                         Defendant.      )
   _____ )
16

17       To the Clerk of the above-entitled court:

18       **NOTICE IS HEREBY GIVEN THAT** pursuant to Exhibit 1, attached hereto and made

19 a part hereof, a letter under date April 30, 2014, from the above entitled defendant to

20 counsel for the above entitled plaintiff, wherein defendant acknowledges personal service

21 of the Order of Examination upon him and agrees to appear at a continued date of the

22 Order of Examination, the parties have agreed that the Order of Examination of the

23 defendant set for May 16, 2014, at 9:00 AM in Courtroom G of the above entitled court,

24 shall be reset to August 1, 2014, at 9:00 AM, in Courtroom G of the above entitled court.

25 May 15, 2014                              _____/s/_____
                                             Michael Cosentino, Counsel for plaintiff
26

27

28

# CERTIFICATE OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the County where the mailing took place. I am over the age of eighteen and not a party to this action; my residence or business address is P.O. Box 129, Alameda, California, 94501. On May 15, 2014, I mailed from Alameda, CA, the following documents:

**NOTICE OF STIPULATION TO CONTINUE ORDER OF EXAMINATION AND DEFENDANT'S ACKNOWLEDGMENT OF SERVICE OF THE ORDER OF EXAMINATION SET FOR MAY 16, 2014, AT 9 AM**, **IN COURTROOM G**

I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

The envelope was addressed and mailed as follows:

Mark J. Davisson
4333 Plass Drive
Napa, CA 94558

I certify under penalty of perjury that the foregoing is true and correct.

May 15, 2014, in Alameda, California.

_____/s/_____
Michael Cosentino, Counsel for plaintiff

Dated: 5/16/14

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero