United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff.

    v.

MARK DAVISSON,

       Defendant.

Case No.  12-cv-02434-SLM   (JCS)

**ORDER TO SHOW CAUSE**

    IT IS HEREBY ORDERED that Defendant Mark Davisson shall appear on **September 19, 2014, at 9:00 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why he should not be sanctioned for his failure to appear pursuant to the Order for Judgment Debtor Exam dated May 16, 2014, and why a bench warrant for his failure to appear should not issue, or in the alternative, Defendant Mark Davisson may submit himself to an examination on **September 19, 2014**, at 9:00 a.m.

    IT IS SO ORDERED.

Dated: August 5, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge